**P. C. McLEMORE v. P. L. COLLINS,**
**Defendant-Appellant.**

**No. 5448.**

Court of Appeal of Louisiana.   Second Circuit.

Dec. 3, 1937.

S. M. Cagle, of Coushatta, for appellant.

Henry W. Bethard, Jr., of Coushatta, for appellee.

HAMITER, Judge.

For the reasons assigned in case entitled P. L. Collins v. P. C. McLemore, 177 So. 502, this day decided by us, the judgment of the trial court is affirmed.